June 2, 1977.

M. P. No. 77-135. STATE v. CHARLES K. DiPANNI. The petition for writ of habeas corpus is denied. *See State v. Bianculli,* 114 R.I. 217, 330 A.2d 897 (1975). *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Asst. Attor-

944

ney General, for plaintiff-respondent. *Charles K. DiPanni*, pro se, defendant-petitioner.